**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMITRIUS R. WHITFIELD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 25-0250 (UNA) |
| | ) |
| DEPARTMENT OF JUSTICE, | ) |
| | ) |
|     Defendant. | ) |

**MEMORANDUM OPINION**

This matter is before the court on plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and *pro se* complaint, ECF No. 1. The Court grants the application and dismisses the complaint without prejudice.

The Court holds a *pro se* complaint to a "less stringent standard[]" than is applied to a pleading drafted by a lawyer. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). Still, a *pro se* litigant must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quotations omitted). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer, mount an adequate defense, and determine whether the doctrine of res judicata applies. *See Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court dismisses the complaint for the simple reason that there are no factual allegations. The "Statement of Claim" section states "Rule of 4; Rule 4. Preliminary Consideration; Appointment." Compl. at 4. Similarly, the "Relief" section states "Rule of Four; Rule 5. Preliminary Consideration; Appointment of Coun." *Id*. at 5. Because the complaint falls well short of Rule 8's minimal pleading standard, the Court will dismiss it without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: February 20, 2025                                RUDOLPH CONTRERAS
                                                       United States District Judge